UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In re 17 U.S.C. §512(h) subpoena to

REDDIT, INC.

Case No.: 1:22-mc-13

**NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the National Fire Protection Association, Inc. through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Reddit, Inc. to identify alleged infringers, as set forth in the attached notice and declaration of Rachel G. Miller-Ziegler.

This filing complies with the requirements of 17 U.S.C. § 512(h):

- attached as Exhibit A to the Declaration is a copy of the (c)(3)(A) notification, *id.* § 512(h)(2)(A);

- a proposed subpoena is filed concurrently herewith, *id.* § 512(h)(2)(B); and

- the Declaration includes a sworn statement that the purpose of the subpoena is sought to obtain the identity of the alleged infringer and that such information will only be used for purposes of protecting rights under Title II of the DMCA.

Accordingly, the National Fire Protection Association, Inc. respectfully requests the clerk of this district court issue the attached subpoena.

Respectfully submitted,

*/s/ Rachel G. Miller-Ziegler*
Rachel G. Miller-Ziegler (Bar ID 229956)
rachel.miller-ziegler@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave, NW
Suite 500E
Washington, D.C. 20001
(202) 220-1100

Dated: February 2, 2022